# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 660 MAL 2017

         Respondent    :

         :    Petition for Allowance of Appeal from

         :    the Order of the Superior Court

         v.    :

EDWIN ROY SHOWALTER,    :

         Petitioner    :

## ORDER

**PER CURIAM**

       **AND NOW**, this 6th day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.